O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEVADA AZIZYAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TODD M. LYONS et al.,<br><br>　　　　　Respondents. | Case No. 5:25-cv-02960-CAS-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING PETITIONER'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. No party has filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment will be entered denying the Petition and dismissing this action without prejudice.

Accordingly, Petitioner's *ex parte* application for a Temporary Restraining Order is DENIED as moot.

Dated: February 6, 2025

　　　　　　　　　　　　　　　　　　　／s／ Christina A. Snyder
　　　　　　　　　　　　　　　　　　　HONORABLE CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE