JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CEVADA AZIZYAN,

            Petitioner,

        v.

TODD M. LYONS et al.,

            Respondent.

Case No. 5:25-cv-02960-CAS-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: February 6, 2026

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE